## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Richard Ray Milton Stedman  
                 Debtor(s)

BK NO. 25-02175 MJC

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Members 1st Federal Credit Union and index same on the master mailing list.

      Respectfully submitted,

/s/ *Matthew Fissel*  
Matthew Fissel  
07 Aug 2025, 15:16:18, EDT

      KML Law Group, P.C.  
      BNY Mellon Independence Center  
      701 Market Street, Suite 5000  
      Philadelphia, PA  19106  
      215-627-1322