# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 4
Date Rcvd: Aug 19, 2025     Form ID: 309I     Total Noticed: 61

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Ray Milton Stedman, 1320 West Main Street, Velley View, PA 17983-9774 |
| aty | + | Matthew K. Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5734616 | + | Advantage Leasing Corporation, 212 Greenbriar Drive, West Chester, PA 19382-6111 |
| 5734635 | + | Citibank/Costco Customer Service, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5734642 | + | Darcy & Devassy, 444 N. Michigan Avenue, Chicago, IL 60611-3906 |
| 5734643 | + | Ditech, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 5734649 | + | Gutman Energy, Inc., 200 Speers Street, Belle Vernon, PA 15012-1017 |
| 5734654 | + | Kraft & Kraft, P.C., 3200 Penrose Ferry Road, Philadelphia, PA 19145-5500 |
| 5734656 | + | Medication Recovery Center, PO Box 115, DeKalb, IL 60115-0115 |
| 5734658 | + | Members 1st Federal Cu, Po Box 77404, Ewing, NJ 08628-6404 |
| 5734668 | + | PMT Solutions, LLC, 7100 Fort Dent Way, Ste. 210, Seattle, WA 98188-7501 |
| 5734666 | + | Pennsylvania Turnpike Commission, 700 S. Eisenhower Blvd, Middletown, PA 17057-5529 |
| 5734670 | + | Regional Valley Logistics, LLC, 211 Broad Street, Valley View, PA 17983-9424 |
| 5734686 | + | The Port Authority of NY & NJ, 4 World Trade Center, 150 Greenwich Street, 22nd floor, New York, NY 10007-2355 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: cjulius@ljacobsonlaw.com | Aug 19 2025 18:42:00 | Chad J. Julius, Jacobson, Julius & Harshberger, 8150 Derry Street, Harrisburg, PA 17111 |
| tr | | Email/Text: info@pamd13trustee.com | Aug 19 2025 18:42:00 | Jack N Zaharopoulos, Standing Chapter 13, (Trustee), 8125 Adams Drive, Suite A, Hummelstown, PA 17036 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Aug 19 2025 18:42:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| cr | + | EDI: AISACG.COM | Aug 19 2025 22:40:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5734617 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 19 2025 18:47:17 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5731790 | + | EDI: AISACG.COM | Aug 19 2025 22:40:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5734624 | + | EDI: GMACFS.COM | Aug 19 2025 22:40:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5734625 | + | Email/PDF: bncnotices@becket-lee.com | Aug 19 2025 18:47:14 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 5734626 | ^ | MEBN | Aug 19 2025 18:38:26 | Apothaker Scian PC, 100 Centrury Parkway #310, Mount Laurel, NJ 08054-1155 |

| Recipient ID | | Notice Method | Date/Time | Party |
|---|---|---|---|---|
| 5731608 | + | Email/Text: BMOTFBKNOTICES@BMO.COM | Aug 19 2025 18:42:00 | BMO Bank N.A., PO Box 3040, Cedar Rapids, IA 52406-3040 |
| 5734627 | + | EDI: BANKAMER | Aug 19 2025 22:40:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5734628 | + | EDI: TSYS2 | Aug 19 2025 22:40:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5734634 | + | EDI: CITICORP | Aug 19 2025 22:40:00 | CITIBANK NA, 5800 S CORPORATE PL, Sioux Falls, SD 57108-5027 |
| 5734630 | + | EDI: CAPITALONE.COM | Aug 19 2025 22:40:00 | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5734631 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Aug 19 2025 18:42:00 | Cashnet USA, 175 W. Jackson Blvd, Ste. 600, Chicago, IL 60604-2948 |
| 5734632 | + | Email/Text: bankruptcy@cavps.com | Aug 19 2025 18:42:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 5734636 | + | EDI: CITICORP | Aug 19 2025 22:40:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 5734637 | ^ | MEBN | Aug 19 2025 18:38:25 | Client Services Incorporated, 514 Earth City, Earth City, MO 63045-1312 |
| 5734638 | + | EDI: WFNNB.COM | Aug 19 2025 22:40:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5734639 | + | EDI: WFNNB.COM | Aug 19 2025 22:40:00 | Comenity Capital/IKEA, Attn: Bankruptcy, Po Box 183003, Columbus, OH 43218-3003 |
| 5734640 | + | EDI: CCS.COM | Aug 19 2025 22:40:00 | Credit Collection Service, Attn: Bk, 725 Canton St, Norwood, MA 02062-2679 |
| 5734644 | ^ | MEBN | Aug 19 2025 18:38:25 | Emblem Card, Attn: Bankruptcy, P.O.Box 89210, Sioux Falls, SD 57109-9210 |
| 5734645 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 19 2025 18:42:00 | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 5734646 | + | Email/Text: crdept@na.firstsource.com | Aug 19 2025 18:42:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 5734647 | + | Email/Text: contact@fiwlaw.com | Aug 19 2025 18:42:00 | Frederic Weinberg Associates, 375 E. Elm Street, Conshohocken, PA 19428-1973 |
| 5734648 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 19 2025 18:42:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5734650 | + | Email/Text: bankruptcy.notices@hdfsi.com | Aug 19 2025 18:42:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 5734651 | + | EDI: PHINHARRIS | Aug 19 2025 22:40:00 | Harris & Harris, LTD., 111 West Jackson Boulevard, Ste 650, Chicago, IL 60604-3589 |
| 5734652 | + | EDI: IRS.COM | Aug 19 2025 22:40:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5733532 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2025 18:47:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5734655 | + | Email/Text: NY-Bankruptcy@lgbs.com | Aug 19 2025 18:42:00 | Linebarger Goggan Blair & Sampson, 61 Broadway Ste. 2600, New York, NY 10006-2840 |
| 5734659 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 19 2025 18:42:00 | MIDLAND CREDIT MANAGEMENT INC, 350 Camino De La Reina, Ste. 100, San Diego, CA 92108-3007 |
| 5734657 | + | Email/Text: Unger@Members1st.org | Aug 19 2025 18:42:00 | Members 1st FCU, Attn: Bankruptcy, Po Box 8893, Camo Hill, PA 17001-8893 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5734660 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 19 2025 18:42:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5734661 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 19 2025 18:42:00 | New Jersey Turnpike Authority, PO Box 5042, Woodbridge, NJ 07095-5042 |
| 5734664 | + | Email/Text: bankruptcy@ondeck.com | Aug 19 2025 18:43:00 | Ondeck, 1400 Broadway, New York, NY 10018-5300 |
| 5734669 | | EDI: PRA.COM | Aug 19 2025 22:40:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5734665 | + | EDI: PENNDEPTREV | Aug 19 2025 22:40:00 | Pennsylvania Department Revenue, 1133 Strawberry Square, Harrisburg, PA 17128-0001 |
| 5732090 | | EDI: PENNDEPTREV | Aug 19 2025 22:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5734667 | + | Email/Text: litigation@brownandjoseph.com | Aug 19 2025 18:42:00 | Pilot Flying J Fuel Card, c/o Leviton Law Firm, LTD, One Pierce Place, , STe 725 W, Itasca, IL 60143-1253 |
| 5734680 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Aug 19 2025 18:42:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004 |
| 5734682 | + | EDI: SYNC | Aug 19 2025 22:40:00 | Syncb/Mitsubishi-Hm Ds, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5734681 | + | EDI: SYNC | Aug 19 2025 22:40:00 | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5734683 | + | EDI: SYNC | Aug 19 2025 22:40:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5734685 | + | EDI: SYNC | Aug 19 2025 22:40:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5734687 | + | EDI: CITICORP | Aug 19 2025 22:40:00 | Tractor Supply Credit Plan, PO Box 70602, Philadelphia, PA 19176-0602 |
| 5734688 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 19 2025 18:42:00 | Transworld Systems, 500 Virginia Drive, Ste 514, Fort Washington, PA 19034-2733 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5734684 | | Synchrony Bank/Lowes, c/o Portfolio Recovery Associates |
| 5734619 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5734620 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5734621 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5734622 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5734623 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5734618 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5734629 | *+ | BMO Bank, N.A., PO Box 3040, Cedar Rapids, IA 52406-3040 |
| 5734633 | *+ | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 5734641 | *+ | Credit Collection Service, Attn: Bk, 725 Canton St, Norwood, MA 02062-2679 |
| 5734653 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5734662 | *P++ | NJ EZPASS, ATTN ATTN NJ EZPASS/ JASMINE JENKINS, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562, address filed with court:, New Jersey Turnpike Authority, PO Box 5042, Woodbridge, NJ 07095-5042 |
| 5734663 | *P++ | NJ EZPASS, ATTN ATTN NJ EZPASS/ JASMINE JENKINS, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562, address filed with court:, New Jersey Turnpike Authority, PO Box 5042, Woodbridge, NJ 07095-5042 |
| 5734671 | *+ | Regional Valley Logistics, LLC, 211 Broad Street, Valley View, PA 17983-9424 |
| 5734672 | *+ | Regional Valley Logistics, LLC, 211 Broad Street, Valley View, PA 17983-9424 |
| 5734673 | *+ | Regional Valley Logistics, LLC, 211 Broad Street, Valley View, PA 17983-9424 |

| | | |
|---|---|---|
| 5734674 | *+ | Regional Valley Logistics, LLC, 211 Broad Street, Valley View, PA 17983-9424 |
| 5734675 | *+ | Regional Valley Logistics, LLC, 211 Broad Street, Valley View, PA 17983-9424 |
| 5734676 | *+ | Regional Valley Logistics, LLC, 211 Broad Street, Valley View, PA 17983-9424 |
| 5734677 | *+ | Regional Valley Logistics, LLC, 211 Broad Street, Valley View, PA 17983-9424 |
| 5734678 | *+ | Regional Valley Logistics, LLC, 211 Broad Street, Valley View, PA 17983-9424 |
| 5734679 | *+ | Regional Valley Logistics, LLC, 211 Broad Street, Valley View, PA 17983-9424 |

TOTAL: 1 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2025  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chad J. Julius | on behalf of Debtor 1 Richard Ray Milton Stedman cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor Members 1st Federal Credit Union bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1: | Richard Ray Milton Stedman<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–1040 |
| | | EIN: | __-_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | ____ |
| | | EIN: | __-_____ |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed for chapter: | 13  8/1/25 |
| Case number: | 5:25–bk–02175–MJC | | |

Official Form 309I
# Notice of Chapter 13 Bankruptcy Case

04/19/21

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. §1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Richard Ray Milton Stedman | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1320 West Main Street<br>Velley View, PA 17983 | |
| 4. | **Debtor's attorney**<br>Name and address | Chad J. Julius<br>Jacobson, Julius & Harshberger<br>8150 Derry Street<br>Harrisburg, PA 17111 | Contact phone: 717–909–5858<br><br>Email: cjulius@ljacobsonlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | Contact phone: 717–566–6097<br><br>Email: info@pamd13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone: (570) 831–2500<br><br>Date: 8/19/25 |

For more information, see page 2 >

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are <u>FREE</u> and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| Debtor **Richard Ray Milton Stedman** | | Case number **5:25-bk-02175-MJC** |
|---|---|---|

| 7. | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>***Valid photo ID and proof of Social Security number are required*** | **Date: September 22, 2025** at **10:00 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For additional information use the QR code or visit: https://www.justice.gov/ust/ust-regions-r03/region-3-section-341-meetings-0#TrusteeZoom<br><br>The Court does not endorse or exercise any responsibility of the content at this link. | **Location:**<br><br>Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1-267-552-4885<br><br> |
| 8. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).<br>**Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline:** November 7, 2025<br><br><br><br><br><br>**Filing deadline: October 10, 2025**<br><br>**Filing deadline:  January 28, 2026** |
| | | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 9. | **Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent separately. | |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. | **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. | **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

Official Form 309I **Notice of Chapter 13 Bankruptcy Case** page **2**