Certificate Number: 15317-PAM-DE-040113930

Bankruptcy Case Number: 25-02175



15317-PAM-DE-040113930

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 21, 2025, at 7:22 o'clock PM PDT, Richard R Stedman completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   September 21, 2025           By:   /s/Junie Montebon

                                     Name: Junie Montebon

                                     Title: Credit Counselor