UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: RICHARD R. M. STEDMAN | : | |
| | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| RICHARD R. M. STEDMAN | : | |
| | : | |
| Respondent(s) | : | CASE NO. **5:25-bk-02175** |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

COMES NOW Jack N. Zaharopoulos, Standing Chapter 13 Trustee, who objects to confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Trustee avers that debtor(s)' plan cannot be administered due to the lack of the following:

   a. The Trustee requests proof of all household income for the months of March 2025 through August 2025, as well as copies of all personal and business bank statements of the Debtor and his non-filing spouse for those same months.

2. The Trustee provides notice to the Court as to the ineffectiveness of debtor(s)' Chapter 13 Plan for the following reasons:

   a. Paragraph 1A4 should indicate that the Debtor is over median.

3. Debtor(s)' plan violates 11 U.S.C. § 1325(b)(1) in that the plan does not provide for the payment of all of the debtor(s)' projected disposable income for a minimum period of **five years**.

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s)' plan.
   b. Dismiss or convert debtor(s)' case.
   c. Provide such other relief as is equitable and just.

Dated: September 22, 2025

Respectfully submitted:

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

    I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

CHAD J JULIUS ESQUIRE
JACOBSON, JULIUS & HARSHBERGER
8150 DERRY STREET
HARRISBURG, PA 17111-5212


Dated:   September 22, 2025


               /s/ Jack N. Zaharopoulos
               Office of Jack N. Zaharopoulos
               Standing Chapter 13 Trustee