United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Richard Ray Milton Stedman  
    Debtor

Case No. 25-02175-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4  
Date Rcvd: Sep 22, 2025      Form ID: ntcnfhrg      Total Noticed: 62

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Ray Milton Stedman, 1320 West Main Street, Velley View, PA 17983-9774 |
| 5734616 | + | Advantage Leasing Corporation, 212 Greenbriar Drive, West Chester, PA 19382-6111 |
| 5734635 | + | Citibank/Costco Customer Service, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5734642 | + | Darcy & Devassy, 444 N. Michigan Avenue, Chicago, IL 60611-3906 |
| 5734643 | + | Ditech, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 5734649 | + | Gutman Energy, Inc., 200 Speers Street, Belle Vernon, PA 15012-1017 |
| 5739881 | + | Guttman Energy, Inc., 200 Speers St, Belle Vernon, PA 15012-1017 |
| 5734654 | + | Kraft & Kraft, P.C., 3200 Penrose Ferry Road, Philadelphia, PA 19145-5500 |
| 5734656 | + | Medication Recovery Center, PO Box 115, DeKalb, IL 60115-0115 |
| 5734658 | + | Members 1st Federal Cu, Po Box 77404, Ewing, NJ 08628-6404 |
| 5734668 | + | PMT Solutions, LLC, 7100 Fort Dent Way, Ste. 210, Seattle, WA 98188-7501 |
| 5734666 | + | Pennsylvania Turnpike Commission, 700 S. Eisenhower Blvd, Middletown, PA 17057-5529 |
| 5734670 | + | Regional Valley Logistics, LLC, 211 Broad Street, Valley View, PA 17983-9424 |
| 5734686 | + | The Port Authority of NY & NJ, 4 World Trade Center, 150 Greenwich Street, 22nd floor, New York, NY 10007-2355 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5734617 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 22 2025 19:06:43 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5741614 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2025 19:06:43 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5731790 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 22 2025 19:06:43 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5743054 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 22 2025 19:06:54 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5734624 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 22 2025 19:04:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5742049 | | Email/PDF: bncnotices@becket-lee.com | Sep 22 2025 19:06:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5734625 | + | Email/PDF: bncnotices@becket-lee.com | Sep 22 2025 19:06:54 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 5734626 | ^ | MEBN | Sep 22 2025 19:01:03 | Apothaker Scian PC, 100 Centrury Parkway #310, Mount Laurel, NJ 08054-1155 |
| 5731608 | + | Email/Text: BMOTFBKNOTICES@BMO.COM | Sep 22 2025 19:04:00 | BMO Bank N.A., PO Box 3040, Cedar Rapids, IA 52406-3040 |
| 5734627 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |

| Record | | Notice Method | Sent | Recipient |
|---|---|---|---|---|
| | | | Sep 22 2025 19:04:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5734628 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 22 2025 19:04:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5740785 | | Email/Text: BKelectronicnotices@cenlar.com | Sep 22 2025 19:04:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 5734634 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 22 2025 19:06:55 | CITIBANK NA, 5800 S CORPORATE PL, Sioux Falls, SD 57108-5027 |
| 5734630 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 22 2025 19:06:45 | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5734631 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Sep 22 2025 19:04:00 | Cashnet USA, 175 W. Jackson Blvd, Ste. 600, Chicago, IL 60604-2948 |
| 5734632 | + | Email/Text: bankruptcy@cavps.com | Sep 22 2025 19:04:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 Cavalry Lane, Ste 220, Greenwich, CT 06831-2563 |
| 5734636 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 22 2025 19:06:56 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 5734637 | ^ | MEBN | Sep 22 2025 19:00:44 | Client Services Incorporated, 514 Earth City, Earth City, MO 63045-1312 |
| 5734638 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 22 2025 19:04:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5734639 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 22 2025 19:04:00 | Comenity Capital/IKEA, Attn: Bankruptcy, Po Box 183003, Columbus, OH 43218-3003 |
| 5734640 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 22 2025 19:04:00 | Credit Collection Service, Attn: Bk, 725 Canton St, Norwood, MA 02062-2679 |
| 5734644 | ^ | MEBN | Sep 22 2025 19:01:00 | Emblem Card, Attn: Bankruptcy, P.O.Box 89210, Sioux Falls, SD 57109-9210 |
| 5734645 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 22 2025 19:04:00 | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 5734646 | + | Email/Text: crdept@na.firstsource.com | Sep 22 2025 19:04:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 5734647 | + | Email/Text: contact@fiwlaw.com | Sep 22 2025 19:04:00 | Frederic Weinberg Associates, 375 E. Elm Street, Conshohocken, PA 19428-1973 |
| 5734648 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 22 2025 19:04:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5734650 | + | Email/Text: bankruptcy.notices@hdfsi.com | Sep 22 2025 19:04:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 5734651 | + | Email/Text: Harris@ebn.phinsolutions.com | Sep 22 2025 19:04:00 | Harris & Harris, LTD., 111 West Jackson Boulevard, Ste 650, Chicago, IL 60604-3589 |
| 5734652 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 22 2025 19:04:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5740918 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 22 2025 19:04:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5733532 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2025 19:06:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5734655 | + | Email/Text: NY-Bankruptcy@lgbs.com | Sep 22 2025 19:04:00 | Linebarger Goggan Blair & Sampson, 61 Broadway Ste. 2600, New York, NY 10006-2840 |
| 5734659 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 22 2025 19:04:00 | MIDLAND CREDIT MANAGEMENT INC, 350 Camino De La Reina, Ste. 100, San Diego, CA 92108-3007 |
| 5734657 | + | Email/Text: Unger@Members1st.org | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | Sep 22 2025 19:04:00 | Members 1st FCU, Attn: Bankruptcy, Po Box 8893, Camo Hill, PA 17001-8893 |
| 5734660 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 22 2025 19:04:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5734661 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 22 2025 19:04:00 | New Jersey Turnpike Authority, PO Box 5042, Woodbridge, NJ 07095-5042 |
| 5734664 | + | Email/Text: bankruptcy@ondeck.com | Sep 22 2025 19:04:00 | Ondeck, 1400 Broadway, New York, NY 10018-5300 |
| 5734669 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 22 2025 19:06:54 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5734665 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 22 2025 19:04:00 | Pennsylvania Department Revenue, 1133 Strawberry Square, Harrisburg, PA 17128-0001 |
| 5732090 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 22 2025 19:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5734667 | + | Email/Text: litigation@brownandjoseph.com | Sep 22 2025 19:04:00 | Pilot Flying J Fuel Card, c/o Leviton Law Firm, LTD, One Pierce Place, , STe 725 W, Itasca, IL 60143-1253 |
| 5734680 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Sep 22 2025 19:04:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004 |
| 5734682 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 22 2025 19:06:49 | Syncb/Mitsubishi-Hm Ds, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5734681 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 22 2025 19:06:55 | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5734683 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 22 2025 19:06:48 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5734685 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 22 2025 19:06:48 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5734687 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 22 2025 19:06:50 | Tractor Supply Credit Plan, PO Box 70602, Philadelphia, PA 19176-0602 |
| 5734688 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 22 2025 19:04:00 | Transworld Systems, 500 Virginia Drive, Ste 514, Fort Washington, PA 19034-2733 |

TOTAL: 48

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5734684 | | Synchrony Bank/Lowes, c/o Portfolio Recovery Associates |
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5734623 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5734618 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5734619 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5734620 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5734621 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5734622 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5734629 | *+ | BMO Bank, N.A., PO Box 3040, Cedar Rapids, IA 52406-3040 |
| 5734633 | *+ | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 5734641 | *+ | Credit Collection Service, Attn: Bk, 725 Canton St, Norwood, MA 02062-2679 |
| 5734653 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5734662 | *P++ | NJ EZPASS, ATTN ATTN NJ EZPASS/ JASMINE JENKINS, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562, address filed with court:, New Jersey Turnpike Authority, PO Box 5042, Woodbridge, NJ 07095-5042 |
| 5734663 | *P++ | NJ EZPASS, ATTN ATTN NJ EZPASS/ JASMINE JENKINS, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562, address filed with court:, New Jersey Turnpike Authority, PO Box 5042, Woodbridge, NJ 07095-5042 |

| | | |
|---|---|---|
| 5734671 | *+ | Regional Valley Logistics, LLC, 211 Broad Street, Valley View, PA 17983-9424 |
| 5734672 | *+ | Regional Valley Logistics, LLC, 211 Broad Street, Valley View, PA 17983-9424 |
| 5734673 | *+ | Regional Valley Logistics, LLC, 211 Broad Street, Valley View, PA 17983-9424 |
| 5734674 | *+ | Regional Valley Logistics, LLC, 211 Broad Street, Valley View, PA 17983-9424 |
| 5734675 | *+ | Regional Valley Logistics, LLC, 211 Broad Street, Valley View, PA 17983-9424 |
| 5734676 | *+ | Regional Valley Logistics, LLC, 211 Broad Street, Valley View, PA 17983-9424 |
| 5734677 | *+ | Regional Valley Logistics, LLC, 211 Broad Street, Valley View, PA 17983-9424 |
| 5734678 | *+ | Regional Valley Logistics, LLC, 211 Broad Street, Valley View, PA 17983-9424 |
| 5734679 | *+ | Regional Valley Logistics, LLC, 211 Broad Street, Valley View, PA 17983-9424 |

TOTAL: 1 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad J. Julius | on behalf of Debtor 1 Richard Ray Milton Stedman cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor Members 1st Federal Credit Union bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Richard Ray Milton Stedman,

**Debtor 1**

Chapter 13

Case No. 5:25−bk−02175−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 30, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: November 6, 2025  Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**  Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes−Barre, PA 18701  (570) 831−2500 | **For the Court:**  Seth F. Eisenberg  Clerk of the Bankruptcy Court:  By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 22, 2025 |

ntcnfhrg (08/21)